UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

A N D CARTING, LLC

        vs.                                    CASE NO. 3:07CV164(CFD)

FINOCCHIO BROTHERS, INC., FINOCCHIO
BROTHERS CARTING OF GREENWICH, INC.,
FINOCCHIO BROTHERS CARTING CORP.,
FINOCCHIO CARTING, LLC, FINOCCHIO
DISPOSAL, LLC, FINOCCHIO BROTHERS OF
WILTON, LLC, T.P. CARTING, LLC, YOUR
NEW HAULER, INC., ROBERT FINOCCHIO,
SR., ROBERT FINOCCHIO, JR., THOMAS P.
FINOCCHIO, KIMBERLY FINOCCHIO, and
DANA FINOCCHIO a/k/a DANA RAO,

## JUDGMENT

This action having come on for consideration of the defendants' motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its Ruling on August 31, 2010, granting the defendants' motions, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 31st day of August, 2010.

                                                            ROBIN D. TABORA, Clerk

                                                            By     /s/
                                                                 Devorah Johnson
                                                                 Deputy Clerk

EOD    8/31/10